orari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Thomas T. Fauntleroy, Mr. Shepard Barclay* and *Mr. P. H. Cullen* for petitioner. *The Attorney General* and *Mr. Assistant Attorney General Harr* for respondent.

No. 797. AMANDA C. FOSTER, PETITIONER, *v.* LUCIANO F. BOULO, EXECUTRIX, ETC. December 5, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Blocker Thornton* and *Mr. Frederick G. Bromberg* for petitioner. *Mr. Harry Pillans* for respondent.

No. 798. FREDERICK A. HYDE ET AL., PETITIONERS, *v.* THE UNITED STATES. December 5, 1910. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia granted. *Mr. A. S. Worthington* for petitioners. *The Attorney General* for respondent.

No. 772. THE STATE OF NEW JERSEY, PETITIONER, *v.* FRANKLIN TRUST COMPANY ET AL. December 12, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Arthur Lord* for petitioner. *Mr. William H. Dunbar* for respondents.

No. 775. THE STANDARD OIL COMPANY OF NEW YORK, PETITIONER, *v.* THE UNITED STATES. December 12, 1910. Petition for a writ of certiorari to the United States Cir-